**Order entered August 17, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00666-CV

## RYAN STANCU, Appellant

## V.

## SOUTHERN METHODIST UNIVERSITY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-14134**

## ORDER

Although the reporter's record has not been filed, appellant has filed his brief on the merits. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is deficient in that it fails to include: (1) a table of contents with references to the pages of the brief; (2) an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited; (3) issues presented for review; (4) a statement of facts supported by record

references; and (5) clear and concise argument for the contentions made, *with appropriate citations to the record*. *See id*. 38.1(b), (c), (f), (g) & (i). Accordingly appellant shall file an amended brief correcting the noted deficiencies **within ten days** of the date of this order. Failure to file an amended brief will result in the appeal being submitted with the deficient brief.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE